*Mary A. Schott*

Mary A. Schott
Clerk of Court



Entered on Docket
December 26, 2023

_____

NVB 1015−3 (Rev. 3/21)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−23−15619−hlb |
| | CHAPTER 11 |
| RAWHIDE MINING LLC | |
| Debtor(s) | ORDER TRANSFERRING BANKRUPTCY CASE TO DISTRICT OF NEVADA NORTHERN DIVISION (RENO) |

Pursuant to 11 U.S.C. Section 105, LR 1071(b) and LR 5075(a)(2)(U):

**IT IS ORDERED** that the above−captioned bankruptcy case be transferred to U.S. Bankruptcy Court, District of Nevada, Northern Division, C. Clifton Young Federal Building, 300 Booth Street, Reno, Nevada 89509.

All pleadings and other papers in this bankruptcy case shall be filed with the U.S. Bankruptcy Court Clerk in Reno, Nevada.

###